IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES CONROY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| JBJ LIMOUSINE, INC. t/a JBJ LIMOUSINE and JBJ LIMOUSINE AND BUS, INC. | : | NO. 09-1215 |

O R D E R

AND NOW, this 24th day of November, 2009, upon consideration of Defendants' Motion for Summary Judgment, docketed as Document No. 13 in this case, and Plaintiff's reply thereto, it is hereby ORDERED that Defendants' motion is GRANTED.

Judgment is ENTERED in this case in favor of Defendants, JBJ Limousine, Inc., t/a JBJ Limousine and JBJ Limousine and Bus, Inc. The Clerk of Court is hereby directed to close this case for statistical purposes.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE